UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM D. WEBSTER,<br><br>        Plaintiff,<br><br>    v.<br><br>KITSAP COUNTY SHERIFF'S OFFICE, *et al.*,<br><br>        Defendants. | Case No. C09-5036FDB<br><br>ORDER GRANTING EXTENSION OF TIME |

Plaintiff requests a continuance of the deadlines for initial disclosures (May 20, 2009), Joint Status Report (May 27, 2009), and attorneys' conference (May 6, 2009). Plaintiff had filed a motion for default judgment, which was denied by Order entered May 7, 2009. Plaintiff filed on March 16, 2009 a Notice of Unavailability, as he will be out of the country from May 1, to June 1, 2009. The present deadlines are, therefore, unrealistic. NOW, THEREFORE,

IT IS ORDERED: Plaintiff's "Motion for Extension of Time to File FRCP 26(f) Conference Paperwork and Initial Disclosures pursuant to FRCP 26(a)" is GRANTED, and the Clerk shall issue a new minute order regarding initial disclosures and joint status report setting the earliest date no earlier than July 15, 2009.

DATED this 13th day of May, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1