# United States District Court

WESTERN DISTRICT OF WASHINGTON

WILLIAM D. WEBSTER.,

    PLAINTIFF,

        v.

JUDGMENT IN A CIVIL CASE

KITSAP COUNTY SHERIFF, et al.,

    DEFENDANTS,

CASE NUMBER: C09-5036FDB

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This action is DISMISSED for failure to prosecute and comply with court orders.

February 5, 2010

BRUCE RIFKIN
        Clerk

/s/ Pat LeFrois
_____
        Deputy Clerk